# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# PANAMA CITY DIVISION

MARIE SMITH, for
IDELLA SMITH, a minor,

      Plaintiff,

v.                                                                          CASE NO.  5:05cv6-RH/WCS

JO ANNE B. BARNHART,

      Defendant.

_____/

## ORDER OF REMAND

This matter is before the court on the magistrate judge's report and recommendation (document 13), to which no objections have been filed.  Upon consideration,

    IT IS ORDERED:

    The report and recommendation is ACCEPTED and adopted as the opinion of the court.  The Commissioner's decision denying plaintiff's application for disability benefits is REVERSED.  This cause is REMANDED to the Commissioner for further proceedings consistent with the report and

recommendation and this order.  The clerk shall enter judgment accordingly and close the file.

    SO ORDERED this 19th day of October, 2005.

                                                s/Robert L. Hinkle
                                                Chief United States District Judge