# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# PANAMA CITY DIVISION

MARIE SMITH for IDELLA
SMITH, a minor,

    Plaintiff,

v.                                      CASE NO.  5:05cv6-RH/WCS

JO ANNE B. BARNHART,

    Defendant.

_____/

## ORDER AWARDING ATTORNEY'S FEES

This matter is before the court on the magistrate judge's report and recommendation (document 19), to which no objections have been filed.  Upon consideration,

    IT IS ORDERED:

The report and recommendation is ACCEPTED and adopted as the opinion of the court.  The court makes findings as recommended.  Claimant's application for attorney's fees is GRANTED.  The Secretary shall pay to Brian A. Dusseault the sum of $4,115.68 as attorney's fees pursuant to the Equal Access to Justice

Act.

      SO ORDERED this 9th day of February, 2006.

s/Robert L. Hinkle<br>
Chief United States District Judge